4065.   BRUNSWICK-OGLETHORPE CLUB *v.* THE STATE.

RUSSELL, J. The decision in this case is controlled by that in *Progress Club* v. *State*, ante, 174.                    *Judgment reversed.*
                    DECIDED JANUARY 30, 1913.

Accusation of misdemeanor; from city court of Brunswick— Judge Krauss. December 9, 1911.

*A. D. Gale*, for plaintiff in error. *Ernest Dart, solicitor*, contra.